Same case below, 565 F.3d 1126.

Same case below, 581 F.3d 639.

**No. 09-871. Curr-Spec Partners, L.P., Petitioner v. Commissioner of Internal Revenue.**

560 U.S. 924, 130 S. Ct. 3321, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4249.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 579 F.3d 391.

**No. 09-882. John David Ruelas, Petitioner v. Hugh Wolfenbarger, Warden.**

560 U.S. 924, 130 S. Ct. 3322, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4233.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 580 F.3d 403.

**No. 09-908. Deborah Orlando Cooney, Petitioner v. Lyle Rossiter, Jr., et al.**

560 U.S. 924, 130 S. Ct. 3322, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4191.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 583 F.3d 967.

**No. 09-953. Tim Reisch, et al., Petitioners v. Charles E. Sisney, et al.**

560 U.S. 925, 130 S. Ct. 3323, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4215.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-962. LaSalle Group, Inc., Petitioner v. Trustees of the Detroit Carpenters Fringe Benefit Funds.**

560 U.S. 925, 130 S. Ct. 3323, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4374.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 581 F.3d 313.

**No. 09-965. Rupert M. Pollard, Petitioner v. Estate of Marie A. Merkel, Deceased, et al.**

560 U.S. 925, 130 S. Ct. 3323, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4253.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 88.

**No. 09-998. Shawn Drake, Petitioner v. Louisiana.**

560 U.S. 925, 130 S. Ct. 3324, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4180.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 25 So. 3d 782.

**No. 09-1108. Aimee Zmysly, Petitioner v. United States, et al.**

560 U.S. 925, 130 S. Ct. 3324, 176 L. Ed. 2d 1220, 2010 U.S. LEXIS 4255.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.